IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DECHAY WILSON                                                                                     PETITIONER
ADC #107238

v.                                            4:21-cv-00295-JM-JJV

DEXTER PAYNE                                                                                     RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

Dated this 14th day of June, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE