**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DECHAY WILSON                                                    PETITIONER
ADC #107238

v.                                    4:21-cv-00295-JM-JJV

DEXTER PAYNE                                                    RESPONDENT

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED.

Dated this 14th day of June, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE