# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DECHAY WILSON                                                                                              PLAINTIFF
ADC #107238

v.                                            No. 4:21-cv-00295-JM-JJV

DEXTER PAYNE                                                                                             DEFENDANT

## ORDER

This case was assigned to United States Magistrate Judge Joe J. Volpe on March 2, 2022, to address Defendant's Notice (ECF No. 9) and Motion (ECF No. 10). The referral is hereby withdrawn.

IT IS SO ORDERED THIS 2nd day of March, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE